UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNYL JONES,

    Plaintiff,

v.                                        Case No: 8:16-cv-1975-T-36TBM

PHILLIPS PET FOOD AND SUPPLY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on September 23, 2016 (Doc. 8).  In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court deny Plaintiff's construed motion for leave to proceed *in forma pauperis* (Doc. 2) and dismiss this action.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

(3) This action is **DISMISSED**.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on October 25, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record